## 26558. ROBERSON *v.* THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence is merely cumulative and impeaching in its character, and is not of such probative value as would likely cause a different verdict to be returned upon another trial of the case.

2. The evidence authorized the defendant's conviction of the offense charged of cattle stealing. The refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 6, 1938.

*O. C. Darsey,* for plaintiff in error.
*J. P. Dukes, solicitor-general,* contra.